UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BHUPENDRA K. SHAH,

        Plaintiff,

-against-

N.Y. STATE OFFICE OF MENTAL HEALTH ET AL,

        Defendant.

No. 14 CV 03304 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of two letters from Plaintiff: (1) an October 25, 2024 letter (dkt. no. 18) and (2) a November 13, 2024 letter (dkt. nos. 19-20). The Court directs Plaintiff to the Bar Order filed on August 19, 2014 (dkt. no. 7). As a reminder, no further documents will be accepted in this action other than those directed to the Court of Appeals.

**SO ORDERED.**

Dated:    November 20, 2024
           New York, New York

                            */s/ Loretta A. Preska*
                            LORETTA A. PRESKA
                            Senior United States District Judge